UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ARLENE HARNDEN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION, et al.,<br><br>　　　　　　Defendants. | Case No. 16-CV-00549-LHK<br><br>**CASE MANAGEMENT ORDER** |

Counsel for Plaintiff: Elliot Gale
Counsel for Defendant HSBC Bank USA: Austin Beardsley
Counsel for Defendant Experian Information Solutions, Inc.: Kelsey Israel-Trummel
Counsel for Defendant Capital One, National Association: Chelsea Diaz

　　　An initial case management conference was held on April 27, 2016. A further case management conference is set for August 10, 2016, at 2:00 p.m. The parties shall file their joint case management statement by August 3, 2016.

　　　Plaintiff shall file proof of service of the amended complaint as to Defendant Meriwest Credit Union by April 29, 2016.

　　　The parties shall file their stipulations of dismissal as to Defendants Portfolio America Asset Management; Equifax, Inc.; and Capital One, National Association by May 11, 2016.

　　　The parties shall exchange initial disclosures by May 18, 2016, and file a stipulated

1

Case No. 16-CV-00549-LHK
CASE MANAGEMENT ORDER

protective order by May 25, 2016.

The Court set the following case schedule:

| Scheduled Event | Date |
| --- | --- |
| Deadline to File Proof of Service as to Defendant Meriwest Credit Union | April 29, 2016 |
| Deadline to File Stipulations of Dismissal as to Defendants Portfolio America Asset Management; Equifax, Inc.; and Capital One, National Association | May 11, 2016 |
| Deadline to Exchange Initial Disclosures | May 18, 2016 |
| Deadline to File Stipulated Protective Order | May 25, 2016 |
| Last Day to Amend the Pleadings/Add Parties | May 27, 2016 |
| Deadline to Complete Mediation for Defendant Experian Information Solutions, Inc. | July 27, 2016 |
| Close of Fact Discovery | December 30, 2016 |
| Opening Expert Reports | December 2, 2016 |
| Rebuttal Expert Reports | December 16, 2016 |
| Close of Expert Discovery | December 30, 2016 |
| Last Day to File Dispositive Motions (one per side in the entire case) | January 12, 2017 |
| Hearing on Dispositive Motions | March 2, 2017, at 1:30 p.m. |
| Final Pretrial Conference | April 27, 2017, at 1:30 p.m. |
| Jury Trial | May 8, 2017, at 9:00 a.m. |
| Length of Trial | 1 day |

**IT IS SO ORDERED.**

Dated:  April 27, 2016

_____
LUCY H. KOH
United States District Judge